NOT FOR PUBLICATION                                                                                      (Docket No. 22)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

|  |  |
|---|---|
| NELSON MOYER AND CYNTHIA MOYER, | : |
| Plaintiffs, | : Civil No. 06-4760 (RBK) |
| v. | : |
| SUNOCO LOGISTICS PARTNERS, L.P.; SUNOCO PARTNERS, LLC; and SUNOCO, INC., | : **ORDER** |
| Defendants/Third Party Plaintiffs, | : |
| v. | : |
| A.T. CHADWICK COMPANY, INC., | : |
| Third Party Defendant: | : |

**THIS MATTER HAVING COME BEFORE THE COURT** on the motion of Third Party Plaintiff Sunoco Logistics Partners, L.P. ("Sunoco") for partial summary judgment on its Complaint against Third Party Defendant A.T. Chadwick Company, Inc. ("Chadwick") and its request for indemnification from Chadwick in defense of the action against Sunoco filed by Plaintiff Nelson Moyer ("Plaintiff Moyer"); and the Court having considered the moving papers and the opposition thereto; and for the reasons expressed in the accompanying Opinion;

**IT IS HEREBY ORDERED** that Chadwick shall indemnify and provide a defense for Sunoco in this action unless a jury later determines that Sunoco's sole negligence was the cause of the injuries to Plaintiff Moyer.

Date:  8-18-08                              /s/ Robert B. Kugler
                                                        ROBERT B. KUGLER
                                                        United States District Judge